598

*Mr. Isaac Lobe Straus* for petitioner. *Mr. Walter Gordon Merritt* for Allen Bradley Co. et al.

No. 358. STANDARD SURETY & CASUALTY Co. *v.* STANDARD ACCIDENT INSURANCE Co.  October 23, 1939.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. E. R. Morrison* and *Douglas Stripp* for petitioner. *Messrs. Paul V. Barnett* and *Henry N. Ess* for respondent.

·No. 360. COLTMAN *v.* COLGATE-PALMOLIVE-PEET Co. October 23, 1939.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Samuel E. Darby, Jr.* for petitioner.· *Messrs. Drury W. Cooper, Louis Quarles, Arthur M. Hood, Mason Trowbridge,* and *David A. Fox* for respondent.

Nos. 361 and 362.  JAMES TALCOTT, INC. *v.* GLAVIN, TRUSTEE.  October 23, 1939.  Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Sidney L. Jacobs* and *Emanuel Weitz* for petitioner. *Mr. Walter J. Bilder* for respondent.

No. 363. GLENN ET AL. *v.* LEWIS ET AL.  October 23, 1939.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. H. A. Ledbetter* for petitioners. *Mr. William Belton Moore* for Lewis, and *Solicitor General Jackson, Assistant Attorney General Littell,* and *Messrs. C. W. Leaphart* and *Norman MacDonald* for the United States, respondents.